IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00018-RJC-DSC

| | |
|---|---|
| USA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| LORENZO MALLORAL-LOPEZ, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 22), of the Indictment, (Doc. No. 1), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 22), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: April 3, 2013

Robert J. Conrad, Jr.
Chief United States District Judge